IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| EDWARD M. CUESTAS, | Civil No. 3:09-CV-5316-BHS-JRC |
|---|---|
| Plaintiff, | ORDER AMENDING THE BRIEFING SCHEDULE |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on the Agreed Motion, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including December 4, 2009, to file Defendant's response to Plaintiff's Opening Brief;

- Plaintiff shall have up to and including December 18, 2009, to file a reply brief; and

- Oral argument shall be requested by December 24, 2009.

DATED this 5th day of November, 2009.

J. Richard Creatura
United States Magistrate Judge

Page 1       ORDER - [3:09-CV-5316-BHS-JRC]