# United States District Court

WESTERN DISTRICT OF WASHINGTON

EDWARD CUESTAS

v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5316BHS

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) This action is **REMANDED** for further consideration because the ALJ failed to specify legitimate reasons when evaluating the medical evidence and failed to properly consider Plaintiff's "trigger finger" impairment.

| April 2, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk